# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| RICHARD A. LAMPHERE, | |
| Plaintiff, | No. C11-0101-LRR |
| vs. | |
| MARVIN KURT, | ORDER |
| Defendant. | |

This matter is before the court following removal from the Iowa District Court for Jones County. Such removal occurred on September 30, 2011. The defendant did not submit the appropriate filing fee. *See* 28 U.S.C. § 1914(a) ("The clerk of each district court shall require the parties instituting any civil action, suit or proceeding in such court, whether by original process, removal or otherwise, to pay a filing fee of $350 . . . ."); *see also* LR 3(d) (requiring fee that is prescribed by statute). And, it appears that the defendant did not comply with the court's rules regarding removal or federal law regarding removal. *See* LR 81(a)(1) (stating that, "[w]hen a civil case is removed to this court from a state court, along with the notice of removal and the proper filing fee, the removing party also must file under the same docket entry as the notice of removal the following: 1. Copies of all process, pleadings, and orders filed in the state case . . ."); 28 U.S.C. § 1446(a) (requiring removing party to file "a copy of all process, pleadings, and orders served upon such defendant").[1] Accordingly, the court deems it appropriate to remand this

---

[1] The court notes that the defendant filed the petition that the plaintiff signed on July 18, 2011 and the Iowa District Court for Jones County filed on August 1, 2011, but the defendant did not file the amended petition that the Iowa District Court for Jones County
(continued…)

case back to the Iowa District Court for Jones County. The clerk's office is directed to take the appropriate steps to effectuate such remand. Additionally, the clerk's office is directed to satisfy or terminate all of the motions that are pending in this action.

**IT IS SO ORDERED**

**DATED** this 14th day of December, 2011.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

---

[1](…continued)
filed on September 27, 2011. Iowa state court criminal and civil records may be accessed at the following address: http://www.iowacourts.gov/Online_Court_Services/. *See Stutzka v. McCarville*, 420 F.3d 757, 760 n.2 (8th Cir. 2005) (addressing court's ability to take judicial notice of public records).